JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA LYNNE RUSSELL, Assistant Section Chief
ETHAN CARSON EDDY, Trial Attorney (Cal. Bar No. 234217)
U.S. Department of JusticeEnvironment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0202
Fax: (202) 305-0275
Email: ethan.eddy@usdoj.gov

Attorneys for Defendants


Lisa T. Belenky (CA Bar No. 203225)
Justin Augustine (CA Bar No. 235561)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
lbelenky@biologicaldiversity.org
jaugustine@biologicaldiversity.org

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>Defendants. | No. C 09-0170 JSW<br><br>**STIPULATED MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |

Subject to the Court's approval, the parties hereby respectfully move and submit the following stipulation pursuant to Civ. L.R. 7-12:

1.     Plaintiffs filed this Endangered Species Act ("ESA") lawsuit on January 14, 2009 and perfected service of process upon the United States Attorney for the Northern District of California on January 22, 2009.

2.     This matter is a challenge to a final rule designating revised critical habitat for the Peirson's milk-vetch, a plant listed as "threatened" under the ESA. *See* Revised Designation of Critical Habitat for *Astragalus magdalenae var. peirsonii* (Peirson's milk-vetch), 73 Fed. Reg. 8,748 (Feb. 14, 2008) ("Final Rule").

3.     On December 10, 2008, another challenge to the same Final Rule was filed against Defendants in the United States District Court for the Southern District of California. *See Maddalena v. U.S. Fish and Wildlife Serv.*, Civ. No. 08-2292 (S.D. Cal., filed Dec. 10, 2008) (Ex. A to Defs.' Mot. To Transfer (Docket Entry #7)).

4.     On February 3, 2009, Defendants moved this court to transfer this action to the Southern District of California. *See* Defs.' Mot. To Transfer (Docket Entry #7).

5.     On February 11, 2009, Defendants withdrew that motion, to facilitate the filing of this joint stipulated transfer motion. *See* Defs.' Notice of Withdrawal (Docket Entry #9).

6.     The parties agree that venue for this action is proper in the Southern District of California and that this action might have been brought there.  *See* 28 U.S.C. § 1391(e)(2).

7.     The parties agree that transfer to the Southern District of California is in the interest of justice, would promote efficiency for the parties and the Courts, and would avoid potentially conflicting rulings.  *See* 28 U.S.C. § 1404.

8.     In the event that this Court does not grant this stipulated motion to transfer this case to the United States District Court for the Southern District of California, defendants will re-file their Motion to Transfer Venue (Docket Entry #7).

WHEREFORE, the parties pray that this Court grant the Stipulated Motion to Transfer, and thereby transfer this matter to the United States District Court for the Southern District of California.

Stipulated Motion to Transfer Venue                                                    C 09-170 JSW

1  Dated: March 4, 2009

                                    Respectfully Submitted,
2

3                                   JOHN C. CRUDEN, Acting Assistant Attorney General
                                    JEAN E. WILLIAMS, Section Chief
4                                   LISA LYNNE RUSSELL, Assistant Section Chief

5                                      /s/   Ethan Carson Eddy
                                    ETHAN CARSON EDDY, Trial Attorney
6                                   (Cal. Bar No. 237214)
                                    U.S. Department of Justice
7                                   Environment & Natural Resources Division
                                    Wildlife & Marine Resources Section
8                                   Ben Franklin Station, P.O. Box 7369
                                    Washington, DC 20044-7369
9
                                    Phone: (202) 305-0202
10                                  Fax: (202) 305-0275
                                    Email: ethan.eddy@usdoj.gov
11

12                                  Attorneys for Defendants

13

14                                  /s/ Lisa T. Belenky
                                    Lisa T. Belenky (CA Bar No. 203225)
15                                  Justin Augustine (CA Bar No. 235561)
                                    CENTER FOR BIOLOGICAL DIVERSITY
16                                  351 California Street, Suite 600
                                    San Francisco, CA 94104
17                                  Telephone: (415) 436-9682 x 307
                                    Facsimile: (415) 436-9683
18
                                    lbelenky@biologicaldiversity.org
19                                  jaugustine@biologicaldiversity.org

20                                  Attorneys for Plaintiffs

21

22

23

24

25

26

27
                                            3
28   Stipulated Motion to Transfer Venue                          C 09-170 JSW

1    It is therefore ORDERED that the parties' stipulated motion to transfer venue shall be

2    GRANTED.  It is further ORDERED that this matter shall be transferred to the Southern District

     of California.

3

4    PURSUANT TO STIPULATION, IT IS SO ORDERED this  5th    day of

5

6        March            , 2009.

7

8

9

10

11   _____

12   HON. JEFFREY S. WHITE

13   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

                                          4
28   Stipulated Motion to Transfer Venue                              C 09-170 JSW